UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LAMAR BAILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CLASON, et al.,<br><br>        Defendants. | No.  2:22-cv-1670 WBS DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants violated his rights under the First, Eighth, and Fourteenth Amendments.  Defendants have requested a fourteen-day extension of the deadline to file a motion to opt out of the court's Post-Screening ADR (Alternative Dispute Resolution) Project.  (ECF No. 20.)  In support of the motion, they state that when they attempted to contact plaintiff to discuss his position on settlement and whether participation in a settlement conference would be productive, they learned that plaintiff has been transferred.  (Id. at 3.)  The earliest they can speak with plaintiff by phone is August 21, 2022.  Accordingly, they seek an extension of the opt out deadline.  Good cause appearing the court will grant the motion.

////

////

////

1

IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 20) is granted; and

2. Defendants shall file any motion to opt out on or before August 28, 2023.

Dated: August 10, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/bail1670.eot(ADR)