ANTOINE LAMAR BAILEY CDCR#V96661
SVSP/SVPP/TC2-A4
P.O.BOX 1050
SOLEDAD,CA,93960



FILED
NOV 03 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

ANTOINE LAMAR BAILEY,
                plaintiff,

CLASON,et al.,
                Defendant.

2:22-cv-01670-WBS-DB(PC)

REPLY IN SUPPORT OF PLAINTIFFS OBJECTION TO DISMISS

Judge: The Honorable Deborah Barnes
Action Filed sept.22,2022

## INTRODUCTION

    Plaintiff filed a timely action in this court.Defendants alleges plaintiff violated the prison litigation reform act's 42 U.S.C.§ 1997e(C)(1);28 U.S.C.§1915(e)(2);see alsoe.g.Catov.U.S.70 F3d 1103 1105n.2(9th Cir.1995.Plaintiff contends that these laws are not specifically intended for someone who filed two seperate actions. The real arguement here is the fact that plaintiff filed a motion in superior court for negligence,he then filed a complaint in federal court for violations of the 8th amendment.These are two seperate alligations.

## ARGUEMENT

    Plaintiff contends that the defendants whole arguement is based on two seperate actions,and the defendant alleges that they are one in the same,this is false,the federal court system does not have negligence as a charge,when plaintiff learned what the violation was he filed for cruel,&Unusual punishment.Plaintiff was not attempting to file two actions of the same proceedings.plaintiff alleges that

he filed two seperate actions that were not the same as one was in state court for negligence,and the other one was in federal court for 8th amendment violations.Plaintiff denied all alegations made by the defendants,and plaintiff argues that the authorities cited by defendants are for violations that were not committed by plaintiff.Defendants are attempting to make the glove fit no matter what.Plaintiff further argues that the plaintiff is entitled to his day in court,and since the allegation is duplicative filing,then plaintiff would have to file two of the same court actions,he did not.Plaintiff filed two seperate actions for two seperate charges,but to appease the defendants he filed a motion to dismiss the lesser charge of negligence.Plaintiff filed a timely complaint,and there was no issues with the state complant as they were to seperate charges,negligence does not exist in federal court.Plaintiff denies the fact that he was attempting to keep to court actions going,plaintiff was unaware that he could not file two seperate actions,but for arguements sake plaintiff dismissed the lower charge of negligence,and kept the 8th amendment violations.Plaintiff does dispute the fact that PLRA mandates dismissal,as this complaint is far from frivolous.This court is the only one that plaintiff filed for cruel,& unusual punishment.

## CERTIFICATE OF SERVICE

I hereby certify the above mentioned motion is true,&correct to the best of my knowledge.That i placed this motion in the mail on october 31,2023,at salinas valley state prison.

BAILEY ANTOINE LAMAR    *Antoine Bailey*    Dated:october16,2023

2

AFFIDAVIT OF MAILING

I certify under penalty of purgery that i placed a copy of this motion in an envelope addressed to the Attorney General's office sealed the envelope, and placed it in the institutions mailling system I am not a party to this litigation

I declair under penalty of purgery that the fore-going is true,& correct and this certificate was exicuted on 10/31/23, at soledad,ca.


THOMAS DAVIES D-48809           Dated:10/31/23