UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LAMAR BAILEY, | No. 2:22-cv-1670 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| J. CLAWSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff filed a request for a settlement conference. In June, this court recommended defendants' motion to dismiss be denied. Until Judge Shubb rules on that recommendation, any settlement conference would be premature.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 32) is denied without prejudice to its renewal at a later date.

Dated: July 23, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/bail1670.sett conf deny

1